## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. Jessica S. Allen

         v.      :      Mag. No. 25-8123

NOAH ANDERSON, NATHANIEL    :      **ORDER FOR CONTINUANCE**
BROADNAX, LATISHA COLEMAN,
EDWIN COOPER, FARARD HALL,
ALQUAWI HARGROVE, ALI
HARRIS, DAWAN HARRISON,
BERNARD HOOVER, KHYAIR
JENKINS, AJAMU KALONJI,
NIGEL LATIMORE, SHAQUAN
LEAKS, ANTHONY LEVETT,
ISIAH MASSENBURG, TAUHEED
MCLEAN, JR, RAHEEM MORGAN,
LAMAR SHELL, JAMAAR SMITH,
JAMAAL SWINTON, KAIDEAH
TRAYNHAM, RADEE TUTLER,
TIMOTHY WOODY, MARIO
WRIGHT

1.      This matter came before the Court on the joint application of ALINA

HABBA, United States Attorney for the District of New Jersey (Sam Thypin-

Bermeo, Assistant U.S. Attorney, and Robert Frazer, Assistant U.S. Attorney,

appearing), and NOAH ANDERSON (GEORGINA GIORDANO PALLITTO, Esq.,

appearing), NATHANIEL BROADNAX (MICHAEL N. PEDICINI, Esq., appearing),

LATISHA COLEMAN (JULIAN WILSEY, Esq., appearing), EDWIN COOPER

(STEPHEN J. NATOLI, Esq., appearing), FARARD HALL (MICHAEL J. PAPPA,

Esq., appearing), ALQUAWI HARGROVE (DENNIS C. CARLETTA, Esq.,

appearing), ALI HARRIS (ANDREW C. OLESNYCKY, Esq., appearing), DAWAN

HARRISON (LORRAINE S. GAULI-RUFO, Esq., appearing), BERNARD HOOVER (ROY B. GREENMAN, Esq., appearing), KHYAIR JENKINS (ERNESTO CERIMELE, Esq., appearing), AJAMU KALONJI (FREDERICK RICHARD DUNNE , III, Esq., appearing), NIGEL LATIMORE (CARLOS DIAZ-COBO, Esq., appearing), SHAQUAN LEAKS (VINCENT JAMES LAPAGLIA, Esq., appearing), ANTHONY LEVETT (PAUL CONDON, Esq., appearing), ISIAH MASSENBURG (WANDA M. AKIN, Esq., appearing), TAUHEED MCLEAN, JR (JOHN P. MCGOVERN, Esq., appearing), RAHEEM MORGAN (DENNIS S. CLEARY, Esq., appearing), LAMAR SHELL (MAXIMILLIAN NOVEL, Esq., appearing), JAMAAR SMITH (CHARLES J. ALVAREZ, Esq., appearing), JAMAAL SWINTON (ALYSSA A. CIMINO, Esq., appearing), KAIDEAH TRAYNHAM (JOHN MCMAHON, Esq., appearing), RADEE TUTLER (JAMES SEPLOWITZ, Esq., appearing), TIMOTHY WOODY (JASON J. LEBOEUF, Esq., appearing), and MARIO WRIGHT (SHAWN PHILLIP BARNES, Esq., appearing), ("hereinafter sometimes referred to as "the Consenting Parties") for an order granting a continuance under 18 U.S.C. § 31(h)(7)(A) through October 1, 2025.

2.      This Court granted one § 3161(h)(7)(A) continuance previously in this case.

3.      Counsel for the Consenting Parties represented that this additional continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4.     Counsel for the United States also represented that this additional continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5.     The defendants know that they have the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after their arrest.

6.     Defendants, through counsel, have consented to this continuance.

7.     FOR GOOD CAUSE, THIS COURT FINDS that this case for the Consenting Parties should be continued for the following reasons:

a.     The charges in this case result from a lengthy investigation, and the pre-indictment discovery the United States is voluntarily providing the defendants involves many documents that defense counsel requires adequate time to review.

b.     Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

c.     Plea negotiations are currently in progress, and the Consenting Parties desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

d.     Thus, the ends of justice of the public and the Defendants served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h)] outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action for the Consenting Parties is continued from the date it is entered through October 1, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

/s/ Jessica S. Allen
HON. JESSICA S. ALLEN
United States Magistrate Judge

Dated:  August 5, 2025

Form and entry consented to:


/s/ Sam Thypin-Bermeo
Sam Thypin-Bermeo
Robert Frazer
Assistant U.S. Attorney

/s/ GEORGINA GIORDANO PALLITTO
GEORGINA GIORDANO PALLITTO
Counsel for NOAH ANDERSON

/s/ MICHAEL N. PEDICINI
MICHAEL N. PEDICINI
Counsel for NATHANIEL BROADNAX

/s/ JULIAN WILSEY
JULIAN WILSEY
Counsel for LATISHA COLEMAN

/s/ STEPHEN J. NATOLI
STEPHEN J. NATOLI
Counsel for EDWIN COOPER

/s/ MICHAEL J. PAPPA
MICHAEL J. PAPPA
Counsel for FARARD HALL

- 4 -

/s/ DENNIS C. CARLETTA
DENNIS C. CARLETTA
Counsel for ALQUAWI HARGROVE


/s/ ANDREW C. OLESNYCKY
ANDREW C. OLESNYCKY
Counsel for ALI HARRIS


/s/ LORRAINE S. GAULI-RUFO
LORRAINE S. GAULI-RUFO
Counsel for DAWAN HARRISON


/s/ ROY B. GREENMAN
ROY B. GREENMAN
Counsel for BERNARD HOOVER


/s/ ERNESTO CERIMELE
ERNESTO CERIMELE
Counsel for KHYAIR JENKINS


/s/ FREDERICK RICHARD DUNNE, III
FREDERICK RICHARD DUNNE, III
Counsel for AJAMU KALONJI


/s/ CARLOS DIAZ-COBO
CARLOS DIAZ-COBO
Counsel for NIGEL LATIMORE


/s/ VINCENT LAPAGLIA
VINCENT LAPAGLIA
Counsel for SHAQUAN LEAKS


/s/ PAUL CONDON
PAUL CONDON
Counsel for ANTHONY LEVETT


/s/ WANDA M. AKIN
WANDA M. AKIN
Counsel for ISIAH MASSENBURG


/s/ JOHN P. MCGOVERN
JOHN P. MCGOVERN

Counsel for TAUHEED MCLEAN, JR

*/s/  DENNIS S. CLEARY*
DENNIS S. CLEARY
Counsel for RAHEEM MORGAN

*/s/ MAXIMILLIAN NOVEL*
MAXIMILLIAN NOVEL
Counsel for LAMAR SHELL

*/s/  CHARLES J. ALVAREZ*
CHARLES J. ALVAREZ
Counsel for JAMAAR SMITH

*/s/   ALYSSA A. CIMINO*
ALYSSA A. CIMINO
Counsel for JAMAAL SWINTON

*/s/  JOHN MCMAHON*
JOHN MCMAHON
Counsel for KAIDEAH TRAYNHAM

*/s/ JAMES SEPLOWITZ*
JAMES SEPLOWITZ
Counsel for RADEE TUTLER

*/s/  JASON J. LEBOEUF*
JASON J. LEBOEUF
Counsel for TIMOTHY WOODY

*/s/  SHAWN PHILLIP BARNES*
SHAWN PHILLIP BARNES
Counsel for MARIO WRIGHT